ANNE SWEENEY, as Administratrix of the Estate of DENNIS W. SWEENEY, Deceased, Appellant, *v.* THOMPSON STAR-RETT Co., Defendant, and JAMES J. CONROY & SON, INC., Respondent.

(Argued June 4, 1936; decided July 8, 1936.)

*Joseph F. Hanley* and *Joseph T. Higgins* for appellant.
*Walter G. Evans* and *John P. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.